IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GENE LANCASTER,

    Petitioner,                   No. CIV S-03-2377 GEB GGH P

  vs.

BOARD OF PRISON TERMS,

    Respondent.              <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis on appeal. Good cause appearing, petitioner's application is granted. Fed. R. App. P. 24(a).

        Petitioner has timely filed a notice of appeal of this court's April 11, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

1

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) insufficient evidence; 2) biased panel; 3) double jeopardy; 4) violation of Cal. Penal Code § 3041; 5) violation of the Eighth Amendment.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis on appeal is granted;

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2

2.  A certificate of appealability is issued in the present action.

DATED:  May 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge